# Exhibit B

CONFIDENTIAL

7177  BOB ROSS INC

| PERIOD END DATE | PAY RATE | PAY CODE | HOURS REG | O T | EARNINGS REG | O T | GROSS | FICA | FEDERAL | STATE | LOCAL | OT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOAD | YTD | | | | | 1780000 | 127320 | 385900 | 63076 | | | 272463 |
| | LOAD | QTD | | | | | 900000 | 64400 | 167700 | 27000 | | | 272463 |
| 515 | | | | | 400000 | | 400000 | 28600 | 86937 | 12000 | | | 544926 |
| 612 | | | | | 400000 | | 400000 | 28600 | 86937 | 12000 | | | |
| | | QTD | | | 800000 | | | 121600 | 300574 | 51000 | | | |
| | | | | | | | 1700000 | | | | | | |
| | | YTD | | | 800000 | | 2580000 | 184520 | 552774 | 87076 | | | 544926 |

| OTHER EARNINGS | | | O.T. | F | FED | ST | CTY CD | CITY CD |
|---|---|---|---|---|---|---|---|---|
| TYP | AMOUNT | COD | BAL/MAX | F.T.R. | R | EX | UU | |

| EMPLOYEE NUMBER | DEPT NUMBER | SOCIAL SECURITY NUMBER | SALARY | RATE 1 | RATE 2 | | | MISC. |
|---|---|---|---|---|---|---|---|---|
| 11-0 | 0100 | | 4000.00 | | | | | |

ROSS, ROBERT N

ACCOUNT NUMBER

| DEDN | WEEK | TYPE | BAL/YTD | | | PERIOD END |
|---|---|---|---|---|---|---|
| | | | | | | 9/30/86 |

7177          47304

LOCAL TAX %    STATE    DATE LAST RAISE    PREV SAL    PREV RATE    PAYCHEX

EMPLOYEE EARNINGS RECORD

BRI0000271

Case 1:17-cv-01077-LO-TCB   Document 56-5   Filed 07/20/18   Page 3 of 30 PageID# 514

## CONTINUATION SHEET FOR REPORTING TO STATE

| | | Date Quarter Ended | Page Number | Name of State |
|---|---|---|---|---|
| 3113353 | | DEC 31, 1986 | 1 OF 1 | VIRGIN |

BOB ROSS INC.
295 SUNSET PARK DRIVE    7177
HERNDON VA    22070

Employer's identification number, name and address

| | | | GRAND TOTALS ALL WAGE REPORT SHEET: | | |
|---|---|---|---|---|---|
| ENTER ON PAGE 1 ONLY | | TAXABLE WAGES 7753.00 | TOTAL WAGES 60806.26 | EXC |

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | | | STATE TAXABLE WAGES * | TOTAL WAGES * |
|---|---|---|---|---|---|
| | ROSS, JANE L | | | | 4392000 |
| | KOWALSKI, WALTER J | | | | 1200000 |
| | | | | | 1200000 |
| | | | | 165300 | 165300 |
| | | | | 14988 | 14988 |
| | | | | 279300 | 279300 |
| | | | | 83329 | 83329 |
| | KOWALSKI, ANNETTE H | | | | 1200000 |
| | | | | 139437 | 205963 |
| | KOSTERKI, N | | | | 1200000 |
| | | | | 8900 | 8900 |
| | | | | 84450 | 84450 |

| TOTALS FOR THIS PAGE number of employees and wage totals | Number of employees 12 | | | 775300 | 6080624 |
|---|---|---|---|---|---|

* EMPLOYER: Only use columns applicat state requirements.

CONFIDENTIAL

BRI0000272

CONFIDENTIAL

```
UL  XT 13C   7177   999 P7SS 15Ca                        QRARTERLY REPORT FOR QUARTER ENDING 12/31/86   PAGE NBR   1       1/01/87

EMPLOYEE INFORMATION  --YTD/QTD--  --QTD EARNINGS--              ---TAXABLE---   ---EXCESS---   ---EXEMPT---

       I-M                506.00   TIPS          FICA WAGES
     YA-Q   *W4*                   MEALS         FICA TIPS
     YA                            SICK          STATE UNEMP
                                   ANNUITY       FED UNEMP

       2-M                506.00   TIPS          FICA WAGES
     YA-R   *W4*                   MEALS         FICA TIPS
     YA                            SICK          STATE_UNEMP
                                   ANNUITY       FED UNEMP

       3-M               7661.26   TIPS          FICA WAGES      2055.63
     YA-R               2055.63    MEALS         FICA TIPS
     YA                            SICK          STATE UNEMP     1394.37        661.26
     5-.                           ANNUITY       FED UNEMP       1394.37        661.26
     YA-R   *W4*
     YA                            ANNUITY       FICA WAGES

       7-0               1955.25   TIPS          FICA WAGES
     YA-R   *W4*                   MEALS         FICA TIPS
     YA                            SICK          STATE UNEMP
                                   ANNUITY       FED UNEMP

          ALTER  J       44000.00  TIPS          FICA WAGES     10000.00      2000.00
       8-M              12000.00   MEALS         FICA TIPS
     YA-R                          SICK          STATE UNEMP                 12000.00
     YA                            ANNUITY       FED UNEMP                   12000.00

          ANNETTE M      44000.00  TIPS          FICA WAGES     10000.00      2000.00
       9-M              12000.00   MEALS         FICA TIPS
     YA-R                          SICK          STATE UNEMP                 12000.00
     YA                            ANNUITY       FED UNEMP                   12000.00

     ROSS,JAYE L         44000.00  TIPS          FICA WAGES     10000.00      2000.00
     12-0                12000.00  MEALS         FICA TIPS
     YA-R                          SICK          STATE UNEMP                 12000.00
     YA                            ANNUITY       FED UNEMP                   12000.00

     ROSS,ROBERT N       49800.00  TIPS          FICA WAGES     4200.00       7800.00
     11-0                12000.00  MEALS         FICA TIPS
     1N-R                          SICK          STATE UNEMP                 12000.00
     YA                            ANNUITY       FED UNEMP                   12000.00
```

BRI0000273

Case 1:17-cv-01077-LO-TCB   Document 56-5   Filed 07/20/18   Page 5 of 30 PageID# 516

## CONTINUATION SHEET FOR REPORTING TO STATE

| | | Date Quarter Ended | Page Number | Name of State |
|---|---|---|---|---|
| | | MARCH 31 1987 | 1 OF 1 | VIRGINIA |

3113353
BOB ROSS INC.   7177
295 SUNSET PARK DRIVE
HERNDON VA   22070

Employer's identification number, name and address

| ENTER ON PAGE 1 ONLY | GRAND TOTALS ALL WAGE REPORT SHEETS | | |
|---|---|---|---|
| | TAXABLE WAGES | TOTAL WAGES | EXCESS WAGE |
| | 48586.94 | 68586.94 | 20000. |

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | | STATE TAXABLE WAGES * | TOTAL WAGES * |
|---|---|---|---|---|
| | | | 129870 | 129870 |
| | | | 96450 | 96450 |
| | | | 217770 | 217770 |
| | | | 700000 | 1200000 |
| | | | 68750 | 68750 |
| | KOWALSKI,WALTER J | | 700000 | 1200000 |
| | | | 207478 | 207478 |
| | | | 39600 | 39600 |
| | | | 76200 | 76200 |
| | | | 289550 | 289550 |
| | | | 79200 | 79200 |
| | | | 121478 | 121478 |
| | KOWALSKI,ANNETTE H | | 700000 | 1200000 |
| | | | 280027 | 280027 |
| | ROSS,ROBERT N | | 700000 | 1200000 |
| | | | 112250 | 112250 |
| | | | 91500 | 91500 |
| | | | 79788 | 79788 |
| | | | 56000 | 56000 |
| | | | 112788 | 112788 |

| LS FOR THIS PAGE ber of employees wage totals | Number of employees | | | |
|---|---|---|---|---|
| | 20 | | 4858494 | 6858694 |

* EMPLOYER: Only use columns applicable to state requirements

CONFIDENTIAL

BRI0000274

CONFIDENTIAL



BRI000027b

CONFIDENTIAL

```
CLIENT NBR   7177   808 ROSS INC.              QUARTERLY REPORT FOR QUARTER ENDING  6/30/87   PAGE NBR   1      6/26/87
EMPLOYEE INFORMATION  --YTD/QTD--   --QTD EARNINGS--              ---TAXABLE---   ---EXCESS---    ---EXEMPT---
                          2800.27   TIPS          FICA WAGES
     -3-0                            MEALS         FICA TIPS
     YA-R                            SICK          STATE UNEMP
     YA                              ANNUITY       FED UNEMP

                           687.50   TIPS          FICA WAGES
     -5-0                            MEALS         FICA TIPS
     YA-R     WW4R                   SICK          STATE UNEMP
     YA       A                      ANNUITY       FED UNEMP

KOWALSKI,WALTER J        27800.00   TIPS          FICA WAGES    15800.00
     8-0                 15800.00    MEALS         FICA TIPS
     YA-R                            SICK          STATE UNEMP               15800.00
     YA        *                     ANNUITY       FED UNEMP                 15800.00

KOWALSKI,ANNETTE H       27800.00   TIPS      -   FICA WAGES    15800.00
     9-0                 15800.00    MEALS         FICA TIPS
     YA-R                            SICK          STATE UNEMP               15800.00
     YA                              ANNUITY       FED UNEMP                 15800.00

ROSS,JANE L              27800.00   TIPS          FICA WAGES    15800.00
    10-0                 15800.00    MEALS         FICA TIPS
    YA-R                             SICK          STATE UNEMP               15800.00
    YA                               ANNUITY       FED UNEMP                 15800.00

ROSS,ROBERT N            27800.00   TIPS          FICA WAGES    15800.00
    11-0                 15800.00    MEALS         FICA TIPS
    1N-R                             SICK          STATE UNEMP               15800.00
    YA                               ANNUITY       FED UNEMP                 15800.00

                          2177.70   TIPS          FICA WAGES
    12-0                             MEALS         FICA TIPS
    VA-R                             SICK          STATE UNEMP
    VA                               ANNUITY       FED UNEMP

                          2037.90   TIPS          FICA WAGES    910.02
    14-0                   910.02    MEALS         FICA TIPS
    VA-R                             SICK          STATE UNEMP    910.02
    VA                               ANNUITY       FED UNEMP          910.02

                          3028.65   TIPS          FICA WAGES    953.89
    15-0                   953.89    MEALS         FICA TIPS
    VA-R                             SICK          STATE UNEMP    953.89
    VA                               ANNUITY       FED UNEMP          953.89

CURTIS,JANET S.          5784.50    TIPS          FICA WAGES    980.
```

BRI0000276

Case 1:17-cv-01077-LO-TCB   Document 56-5   Filed 07/20/18   Page 8 of 30 PageID# 519

## SHEET FOR REPORTING TO STATE

| Date Quarter Ended | Page Number | Name of State |
|---|---|---|
| JUNE 30, 1987 | 1 OF 1 | VIRGINIA |

| ENTER ON PAGE 1 ONLY | GRAND TOTALS ALL WAGE REPORT SHEETS | | |
|---|---|---|---|
| | TAXABLE WAGES | TOTAL WAGES | EXCESS |
| | 19403.32 | 82603.32 | 632.n |

| EMPLOYER'S SECURITY NUMBER | NAME OF EMPLOYEE | | | STATE TAXABLE WAGES • | TOTAL WAGES • |
|---|---|---|---|---|---|
| | | | | 709.51 | 709.51 |
| | | | | 1362.00 | 1362.00 |
| | | | | 1580000 | 1580000 |
| | ROSS, JANE L | | | | 1580000 |
| | KOWALSKI, WALTER J | | | 953.89 | 953.89 |
| | | | | 2452.76 | 2452.76 |
| | | | | 877.50 | 877.50 |
| | | | | 2899.00 | 2899.00 |
| | | | | 2651.13 | 2651.13 |
| | | | | 898.50 | 898.50 |
| | KOWALSKI, ANNETTE H | | | | 1580000 |
| | ROSS, ROBERT N | | | | 1580000 |
| | | | | 1076.25 | 1076.25 |
| | | | | 1188.00 | 1188.00 |
| | | | | 2307.51 | 2307.51 |
| | | | | 1023.72 | 1023.72 |
| | | | | 910.02 | 910.02 |
| | | | | 93.50 | 93.50 |

| S FOR THIS PAGE ber of employees vage totals | Number of employees | 18 | | 1940332 | 8260332 |

• EMPLOYER: Only use columns applicable to state requirements.

CONFIDENTIAL

BRI0000277

| 1 Control number | | Copy 1 For State, City, or Local Tax Department | | |
|---|---|---|---|---|
| | | OMB No. 1545-0008 | Employee's and employee's copy compared ☐ | |
| 2 Employer's name, address, and ZIP code | | 3 Employer's identification number | 4 Employer's state I.D. number | |
| BOB ROSS INC. | | | | |
| 1305 C SQUIRE CT | | 5 Statutory Deceased Pension Legal 942 Subtotal Deferred Void employee plan rap. emp. compensation | | |
| STERLING VA 22170 | | 6 Allocated tips | 7 Advance EIC payment | |
| 7177 | | | | |
| 8 Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | 11 Social security tax withheld | |
| | 23413.11 | 85999.98 | 3379.50 | |
| 12 Employee's name, (first, middle, last) | | 13 Social security wages | 14 Social security tips | |
| ROBERT N ROSS | | 45000.00 | | |
| | | 16 | 16a. Fringe benefits incl. in Box 10 | |
| | | 2708.65 | 85999.98 | FL |
| Form W-2 Wage and Tax Statement 1988 | | State/local income tax | State/local wages, tips, etc | Name of state/locality |

CONFIDENTIAL

BRI0000278

CONFIDENTIAL

**PAYROLLS BY PAYCHEX.**

7·77   BOB ROSS INC

**EMPLOYEE EARNINGS RECORD**

PERIOD END DATE 12/31/88

| PERIOD END DATE | PAY RATE | PAY CODE | HOURS REG. | O.T. | EARNINGS REG. | O.T. | GROSS | F.I.C.A. | FEDERAL | STATE | LOCAL | DBL | MED INS | FICA ADJ | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1231 1231 1231 | REG | INS VCH | | | 800000 800000 CR | 600000 | 800000 800000 800000 CR | 60030 45060 60080 | 223425 156654 223425 CR | 27200 20400 27200 CR | | | | | | 489295 375886 489295 CR |
| 1231 | INS | VCH | | | 800000 CR | 600000 CR | 800000 CR | 45060 | 156654 CR | 20400 CR | | | | | | 375886 CR |
| 128 225 324 | | | 800000 800000 800000 | | | | 800000 800000 800000 | 60080 223425 223425 | 223425 223425 223425 | 27200 27200 27200 | | | | | | 489295 489295 489295 |
| | | QTD | 2400000 | | | | 2400000 | 180240 | 670275 | 81600 | | | | | | 1467885 |
| 421 519 616 | | | 800000 800000 800000 | | | | 800000 800000 800000 | 60080 60080 37550 | 223425 223425 223425 | 27200 27200 27200 | | | | | | 489295 489295 511625 |
| | | QTD | 2400000 | | | | 2400000 | 157710 | 670275 | 81600 | | | | | | 1490415 |
| 720 728 825 922 | | | 292307 341026 633333 633333 | | | | 292307 341026 633333 633333 | | 72500 86141 168424 168424 | 9930 11505 21533 21533 | | | | | | 209869 243290 443376 443376 |
| | | QTD | 1899999 | | | | 1899999 | | 495489 | 64599 | | | | | | 1339911 |
| 1020 1117 1229 | | | 633333 633333 633333 | | | | 633333 633333 633333 | | 168424 168424 168424 | 21533 21533 | | | | | | 443376 443376 464903 |
| | | QTD | 1899999 | | | | 1899999 | | 505277 | 43066 | | | | | | 1351661 |
| | | YTD | 8599998 | | | | 8599998 | 337950 | 2341311 | 270865 | | | | | | 5649872 |

| EMPL # | TRAN | DEPT # | SOCIAL SECURITY NBR | SALARY | RATE 1 | RATE 2 | FREQ | M/H | SEX | BIRTH DATE | FED | ST | SH | CITY | | CITY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 0 100 | 8333 33 | | | | 1 | M 00 00 | 300 | | | LOCAL | | | DEDUCTION NAME | MTD | AMOUNT | BALANCE | DEDUCTION NAME | QTD | AMOUNT | BALANCE |
| ROSS ROBERT N | | | | | | OTHER EARNINGS | | | START DATE 1/00/85 | | MED INS FICA ADJ | | | | | | | | | | |
| | | | | LATE AMOUNT | ADJUST | MINIMUM | | | LAST RAISE 1/03/00 | | | | | | | | | | | | |

BRI0000279

| 1  Control number | | Copy 1 For State, City, or Local Tax Department |
|---|---|---|

OMB No. 1545-0008

Employee's and employer's copy compared ☐

| 2.  Employer's name, address, and ZIP code | 3  Employer's Identification number | 4  Employer's state I.D. number |
|---|---|---|
| BOB ROSS INC.<br>1306 C SQUIRE CT<br>STERLING, VA          22170 | | |

| 5 Statutory | Deceased | Pension plan | Legal rep. | 942 emp. | Subtotal | Deferred compensation | Void |
|---|---|---|---|---|---|---|---|

| 6  Allocated tips | 7  Advance EIC payment |
|---|---|

| 8  Employee's social security number | 9  Federal income tax withheld | 10  Wages, tips, other compensation | 11  Social security tax withheld |
|---|---|---|---|
| | 24435.44 | 84999.96 | 3604.80 |

| ~~...mployee's name, (first, middle, last)~~ | 13  Social security wages | 14  Social security tips |
|---|---|---|
| ROBERT N ROSS | 48000.00 | |

| 16 | 16a  Fringe benefits incl. in Box 10 |
|---|---|

7177-0011--000100

Form **W-2 Wage and Tax Statement**   **1989**

| State/local income tax | State/local wages, tips, etc. | Name of state/locality |
|---|---|---|

PAYROLLS BY PAYCHEX

209-3

| 1  Control number | |
|---|---|

Copy 1 For State...

CONFIDENTIAL

BRI0000280

CONFIDENTIAL

**PAYROLLS BY PAYCHEX®**

7177   BOB ROSS INC

**EMPLOYEE EARNINGS RECORD**

PERIOD END DATE   8/30/80

| PERIOD END DATE | PAY RATE | PAY CODE | HOURS REG. | OT | EARNINGS REG. | OT | WAGES | F.I.C.A. | FEDERAL | STATE | LOCAL | DBL MED INS | FICA ADJ | ADV | ADJUSTMENTS 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 25 | | 8N | | | 633333 | | 633333 | 48 450 | 134246 | | | | | | | | | | 450637 |
| 1 22 | | | | | 633333 | | 633333 | 48 450 | 134246 | | | | | | | | | | 450637 |
| 1 22 | | | | | 633333 | | 633333 | 48 450 | 134246 | | | | | | | | | | 450637 |
| 1 22 | | | | | | 1000000 | 1000000 | 76500 | 287250 | | | | | 48750 | | | | | 587500 |
| | QTD | | | 1899999 | 1000000 | 2899999 | 221850 | 689998 | | | | | | 48750 | | | | | 1839461 |
| 4 19 | VCH | | | | 72500 | 72500 | 5950 | 20300 | | | | | | 46250 | | | | | |
| 4 19 | | | | | 633333 | | 633333 | 48 450 | 134246 | | | | | | | | | | 450637 |
| 4 22 | | | | | 633333 | | 633333 | 48 450 | 134246 | | | | | | | | | | 450637 |
| 4 26 | | | | | 633333 | | 633333 | 48 450 | 134246 | | | | | | | | | | 450637 |
| | QTD | | | 1899999 | 72500 | 1972499 | 151300 | 423028 | | | | | | 46250 | | | | | 1351931 |
| | YTD | | | 3799998 | 1072500 | 4872498 | 373150 | 1113026 | | | | | | 95000 | | | | | 3291322 |

| EMPL # | TERM | DEPT # | SOCIAL SECURITY NO. | SALARY | RATES | BIRTH DATE | | NO | ADJUSTMENT NAME | TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 000 100 | | | | | | | U  INS | | | | | | | |
| | | | | | | START DATE | | | FICA ADJ | | | | | | | |
| | | | | PREVIOUS SALARY | HIRE/REHIRE DATE | | | | | | | | | | | |

BRI0000281

CONFIDENTIAL

PAYROLLS BY **PAYCHEX**
7177  BOB ROSS INC.

EMPLOYEE EARNINGS RECORD

| PERIOD END DATE | PAY RATE | RATE CDE | HOURS REG. | O.T. | EARNINGS REG. | O.T. | WAGES | F.I.C.A. | FEDERAL | STATE | LOCAL | DBL | INS. | ADJ | DED | ADJUSTMENTS | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 633333 | | 633333 | 48450 | 134246 | | | | | | | | | | | | 450837 |
| | | | | | 633333 | | 633333 | 48450 | 134246 | | | | | | | | | | | | 450837 |
| | | | | | 633333 | | 633333 | 48450 | 134246 | | | | | | 48750 | | | | | | 450837 |
| | | | | | | | 1000000 | 76600 | 287360 | | | | | | | | | | | | 5873000 |
| | | ON | | | 1000000 | | 1000000 | | | | | | | | 48750 | | | | | | |
| | | QTD | | | 1899999 | | 2899999 | 221650 | 689986 | | | | | | 46250 | | | | | | 1938411 |
| 419 | | VCH | | | | | 72500 | | | | | | | | | | | | | | |
| | | | | | 72500 | | 72500 | 5950 | 20300 | | | | | | | | | | | | 450837 |
| | | | | | 633333 | | 633333 | 48450 | 134246 | | | | | | | | | | | | 450837 |
| 517 | | | | | 633333 | | 633333 | 48450 | 134246 | | | | | | | | | | | | 450837 |
| 07 8 | | | | | 633333 | | 633333 | 48450 | 134246 | | | | | | | | | | | | |
| | | QTD | | | 1899999 | | 1972499 | 151300 | 423036 | | | | | | 46250 | | | | | | 1351911 |
| 720 | | | | | 633333 | | 633333 | 19290 | 134246 | | | | | | | | | | | | 470792 |
| 823 | | | | | 633333 | | 633333 | | 134246 | | | | | | | | | | | | 490087 |
| 920 | | | | | 633333 | | 633333 | | 134246 | | | | | | | | | | | | 490087 |
| | | QTD | | | 1899999 | | 1899999 | 19290 | 402736 | | | | | | 46250 | | | | | | 1477966 |
| | | YTD | | | 5699997 | | 6772497 | 392445 | 1515761 | | | | | | 95000 | | | | | | 4769288 |

| EMPLY | TRM | DEPT | SOC SEC NBR | SALARY | RATE | BIRTH DATE | ADJUSTMENT NAME | WK TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 020100 | | 6333 | | | TYPE | | | | | | | |
| | | | | | | START DATE 7/08/93 | BAL | | | | | | | |
| | | | | | | | TEST | | | | | | | |

BRI0000282

16-0331690

State/local income tax

This information is being furnished to the Internal Revenue Service.

## Form W-2 Wage and Tax Statement 1990

Copy B To be filed with the employee's FEDERAL income tax return

| 1 Control number | Dept. of the Treasury – Internal Revenue Service<br>OMB No. 1545-0008 | 3 Employer's identification number | 4 Employer's state I.D. number | 5 Employee's social security number |
|---|---|---|---|---|
| 2 Employer's name, address, and ZIP code      7177<br>BOB ROSS INC.<br>1306 C SQUIRE CT<br>STERLING, VA      22170 | | 19 Employee's name, address, and ZIP code   0011-000100<br>ROBERT N ROSS<br>               32810 | | 17 |

| 6 Statutory employee / Deceased / Pension plan / Legal rep / 942 emp / Subtotal / Deferred compensation / Void | 7 Allocated tips | 8 Advanced EIC payment | 18 Other |
|---|---|---|---|
| 9 Federal income tax withheld<br>22935.02 | 10 Wages, tips, other compensation<br>86724.96 | 11 Social security tax withheld<br>3924.45 | 12 Social security wages<br>51300.00 |
| 13 Social security tips | 14 Nonqualified plans | 15 Dependent care benefits | 16 Fringe benefits incl. in Box 10 |

| State/local income tax | State/local wages, tips, etc. | State/locality name | State/local income tax | State/local wages, tips, etc. | State/locality name |
|---|---|---|---|---|---|
| | | | | | |

DETACH BY FAYCHEX
TEAR THIS STUB OFF BEFORE FILING

BRI0000283

CONFIDENTIAL

7177  BOB ROSS INC.

| | PAY RATE | PAY CODE | HOURS REG | O T | REG | C T | | EARNINGS WAGES | F I C A | FEDERAL | TAXES STATE | LOCAL | DBL INS. | NEC. FICA ADJ | MISC DED | ADV | ADJUSTMENTS | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 557 321 | | | | | 633333 633333 | | | 633333 633333 | 48450 48450 | 181400 181400 | | | | | | | | | | | | 403483 403483 |
| | | OTD | | | 1899999 | | | 1899999 | 145350 | 544200 | | | | | | | | | | | | 1210449 |
| | | YTD | | | 1899999 | | | 1899999 | 145350 | 544200 | | | | | | | | | | | | 1210449 |

| EMPLOY 0011 | SERIAL 000100 | SEPT A | SOCIAL SECURITY NO. | SALARY 6333.33 | RATES | BIRTH DATE 2/06/85 | | TYPE AMT SAL MAX | NO. 1 2 3 4 | ADJUSTMENT NAME FICA INS. MISC DED ADV | WK | TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | IN BL ACD 4 0.0 N | REG STS 00 00 | | START DATE 2/06/85 | | | | | | | | | | | | | |
| | | | PREVIOUS SALARY 2923.07 | | LAST RAISE DATE 6/03/88 | | TYPE AMT SAL MAX | 5 6 7 | | | | | | | | | | |
| ROSS, ROBERT N 7177 | | | 32810 | PREVIOUS RATE 000 | | LAST REVIEW | | | 8 9 10 | | | | | | | | | | |

BRI000284

CONFIDENTIAL

PAYROLLS BY **PAYCHEX**
7177   BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE   6/30/91

| PERIOD END DATE | PAY RATE | PAY CODE | HOURS REG. | HOURS O.T. | EARNINGS REG. | EARNINGS O.T. | WAGES | F.I.C.A | FEDERAL | STATE | LOCAL | OBL | MED. INS. | FICA ADJ | MISC DED | ADV | CAFE PLAN | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 633333 | | 633333 | 48450 | 181400 | | | | | | | | | | | | | 403483 |
| | | | | | 633333 | | 633333 | 48450 | 181400 | | | | | | | | | | | | | 403483 |
| | | QTD | | | 1899999 | | 1899999 | 145350 | 544200 | | | | | | | | | | | | | 1210449 |
| | | | | | 633333 | | 633333 | 48450 | 181400 | | | | | | | | | | | | | 403483 |
| | | | | | 633333 | | 633333 | 48450 | 184300 | | | | | | | | | | | | | 400583 |
| | | QTD | | | 1899999 | | 1899999 | 145350 | 550000 | | | | | | | | | | | | | 1204649 |
| | | YTD | | | 3799998 | | 3799998 | 290700 | 1094200 | | | | | | | | | | | | | 2415098 |

| EMPL # | TERM | DEPT # | SOCIAL SECURITY NBR | SALARY | RATE% | BIRTH DATE | | ADJ | ADJUSTMENT NAME | WKG TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 6333.33 | | | | 0 | MED. INS. | | | | | | | |
| | | | | | | START DATE 2/05/85 | | 1 | MISC DED | | | | | | | |
| | | | | 0.0 N 00 00 | | | | 2 3 | ROS. CAFE PLAN | | | | | | | |
| | | | | | | 2923.07 | | | | | | | | | | |
| | | | | | | LAST RAISE DATE 8/03/88 | | | | | | | | | | |
| ROSS, ROBERT N | | | | | | | | | | | | | | | | |

BRI0000285

CONFIDENTIAL

PAYROLLS BY PAYCHEX.
7177   BOB ROSS INC.

EMPLOYEE EARNINGS RECORD
PERIOD END DATE 09/30/91

| PERIOD END DATE | PAY RATE | HOURS | | | | EARNINGS | | WAGES | SOC. SEC. MEDICARE | WITHHOLDINGS | | | | | | ADJUSTMENTS | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | OT | REG | OT | | | | | FEDERAL | STATE | LOCAL | DBL | MED INS | FICA ADJ | MISC DED | ADV | CAFE PLAN | 7 | 8 | 9 | 10 | |
| 2/15 QTD | | | | 633333 633333 1899999 | | | | 633333 48450 633333 48450 1899999 145350 | | 181500 181400 544200 | | | | | | | | | | | | | 403483 403483 1210449 |
| 4/15 QTD | | | | 633333 633333 1899999 | | | | 633333 48450 633333 48450 1899999 145350 | | 181500 184300 550000 | | | | | | | | | | | | | 403583 400583 1204049 |
| 7/25 QTD | | | | 633333 633333 1899999 | | | | 633333 48450 633333 48450 633333 26215 1899999 123015 | | 184300 184300 552600 | | | | | | | | | | | | | 400583 422914 1224080 |
| YTD | | | | 5699997 | | | | 5699997 413719 | | 1647100 | | | | | | | | | | | | | 3639274 |

BRI0000286

| 001 | TEAM | | | SALARY 9993.00 | RATES | BIRTH DATE | | NO | ADJUSTMENT NAME | | TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000101 | | | 0 0 0 00 001 | | 02/07/65 | | 1 | FICA INST | | | | | | | | | |
| | | | | | | | 2 | MISC DED | | | | | | | | | |
| | | | | | | | 3 | ADV | | | | | | | | | |
| | | | C923.27 08703786 | | | | 4 | CAFE PLAN | | | | | | | | | |
| ROSS ROBERT N | | | | | | | | | | | | | | | | | |

CONFIDENTIAL

**PAYROLLS BY PAYCHEX.**
7177   BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE 12/31/91

| PERIOD END DATE | PAY RATE | HOURS REG | OT | EARNINGS REG | OT | WITHHOLDINGS WAGES | SOC SEC/MEDICARE | FEDERAL | STATE | LOCAL | DIR | MED INS | FICA ADJ | MISC DED | ADV | CAFE PLAN | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324 | | 633333 | | | | 633333 | 48450 | 181400 | | | | | | | | | 403483 |
| 324 | | 633333 | | | | 633333 | 48450 | 181400 | | | | | | | | | 403483 |
| 920 | | 633333 | | | | 633333 | 48450 | 181400 | | | | | | | | | 403483 |
| QTD | | 1899999 | | | | 1899999 | 145350 | 544200 | | | | | | | | | 1210449 |
| 418 | | 633333 | | | | 633333 | 48450 | 181300 | | | | | | | | | 403483 |
| 518 | | 633333 | | | | 633333 | 48450 | 184300 | | | | | | | | | 400583 |
| 627 | | 633333 | | | | 633333 | 48450 | 184300 | | | | | | | | | 400583 |
| QTD | | 1899999 | | | | 1899999 | 145350 | 550000 | | | | | | | | | 1204649 |
| 725 | | 633333 | | | | 633333 | 48450 | 184300 | | | | | | | | | 400583 |
| 225 | | 633333 | | | | 633333 | 48450 | 184300 | | | | | | | | | 400583 |
| 919 | | 633333 | | | | 633333 | 26219 | 184300 | | | | | | | | | 422914 |
| QTD | | 1899999 | | | | 1899999 | 123019 | 552900 | | | | | | | | | 1224080 |
| 1017 | | 633333 | | | | 633333 | 9183 | 184300 | | | | | | | | | 439850 |
| 1158 | | 633333 | | | | 633333 | 9183 | 184300 | | | | | | | | | 439850 |
| 1226 | BN | 633333 | | 1200000 | | 1200000 | 17400 | 372000 | | | | | | | | | 810000 |
| QTD | | 1899999 | | 1200000 | | 3099999 | 44949 | 924900 | | | | | | | | | 2130150 |
| YTD | | 7599996 | | 1200000 | | 8799996 | 458668 | 2572000 | | | | | | | | | 5769328 |

| EMPL # | TEAM | DEPT # | SOCIAL SECURITY NBR | SALARY | RATES | BIRTH DATE | | ADJUSTMENT NAME | WK | TYPE | AMOUNT | BALANCE | MAXIMUM | P & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 6333.33 | | START DATE | 0 H D B U S T M E R D 4 T E S | MED INS | | 1 TYPE AMT | | | | | | |
| | | | | | 4 0.0 H 00 00 | 02/06/85 | | FICA ADJ | | 2 BAL MAX | | | | | | |
| | | | | 2923.07 | | RAISE DATE | | MISC DED | | 4 TYPE AMT | | | | | | |
| ROSS ROBERT | | | | | | 08/93/88 | | ADV | | 7 BAL MAX | | | | | | |
| 7177 | | | 12810 | | | 000 | | CAFE PLAN | | 10 | | | | | | |

BRI0000287

Case 1:17-cv-01077-LO-TCB   Document 56-5   Filed 07/20/18   Page 19 of 30 PageID# 530

| State/local income tax | State/local wages, tips, etc. | State/locality name | State/local income tax | State/local wages, tips, etc. | State/locality nar |
|---|---|---|---|---|---|
| 4884.00 | 81858.76 | VA | | | |

**Form W-2 Wage and Tax Statement 1991**

Copy D For EMPLOYER

| 1 Control number | | Dept. of the Treasury — Internal Revenue Service OMB No 1540-0008 | 3 Employer's identification number | 4 Employer's state I.D. number | b Employee's social security number |
|---|---|---|---|---|---|
| 2 Employer's name, address, and ZIP code **7177** BOB ROSS INC. 1306 C SQUIRE CT STERLING, VA   22170 | | | 19 Employee's name, address, and ZIP code  **0011-000100** ROBERT N ROSS  **32810** | | 17 See instr. for form W-2 |
| | | | | | 18 Other |
| 6 Statutory Deceased Pension Legal rep 942 emp Deferred compensation | | | 7 Allocated tips | 8 Advanced EIC payment | |
| 9 Federal income tax withheld  25720.00 | 10 Wages, tips, other compensation  87999.96 | | 11 Social security tax withheld  3310.80 | 12 Social security wages  53400.00 | 22 Dependent care benefits |
| 13 Social security tips | 14 Medicare wages and tips  87999.96 | | 15 Medicare tax withheld  1275.88 | 16 Nonqualified plans | 23 Benefits included in box 10 |
| State/local income tax | State/local wages, tips, etc. | | State/locality name | State/local income tax | State/local wages, tips, etc. | State/locality nar |

CONFIDENTIAL

BRI0000288

CONFIDENTIAL

BRI0000289

PAYROLLS BY **PAYCHEX**.
7177  BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE 03/31/92

| PERIOD END DATE | PAY RATE | PAY CODE | HOURS REG | OT | EARNINGS REG | OT | WAGES | SOC SEC HI CLAIM | FEDERAL | STATE | LOCAL | DBI | MED INS | FICA ADV | MISC DED | ADV | CAFE PLAN | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15 | | | 633333 | | 633333 | | 633333 | 48450 | 195400 | | | | | | | | | | | | | | 389483 |
| | QTD | | 1266666 | | | | 1266666 | 96900 | 390800 | | | | | | | | | | | | | | 778966 |
| | YTD | | 1266666 | | | | 1266666 | 96900 | 390800 | | | | | | | | | | | | | | 778966 |

| EMPL # | TERM | DEPT # | SOCIAL SECURITY NBR | SALARY | | RATES | BIRTH DATE | | NO | ADJUSTMENT NAME | WK | TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 6333.33 | | | | | AD | MED INS | | | | | | | | |
| | | | | | | | | 1 | FICA ADV | | | | | | | | |
| | | | 4 0.0 M 00 00 P | | | 02/06/85 | | 2 | MISC DED | | | | | | | | |
| | | | | | | 08/03/88 | | 3 | ADV | | | | | | | | |
| ROSS, ROBERT N | | | | 2923.07 | | | | 4 | CAFE PLAN | | | | | | | | |
| 7177 | | | 32810 | | | 000 | | | | | | | | | | | |

CONFIDENTIAL

**PAYROLLS BY PAYCHEX.**
7177   BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE 06/30/92

| PERIOD END DATE | PAY RATE | | HOURS | | | EARNINGS | | | | WITHHOLDINGS | | | | | | | | ADJUSTMENTS | | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | REG | O.T. | REG | O.T. | | WAGES | SEC SEC WH HO | FEDERAL | STATE | L + A1 | MH | MED. INS. | FICA ADJ | MISC DED | ADV | CAFE PLAN | GARN | | | | | | | |
| 330 310 | | | 633333 633333 | | | | | 633333 633333 | 48450 48450 | 195400 195400 | | | | | | | | | | | | | | | | 389483 389483 |
| | QTD | | 1266666 | | | | | 1266666 | 96900 | 390800 | | | | | | | | | | | | | | | | 778966 |
| 416 429 625 | | | 633333 633333 633333 | | | | | 633333 633333 633333 | 48450 48450 48450 | 195600 195400 155400 | | | | | | | | | | | | | | | | 389483 389483 429483 |
| | QTD | | 1899999 | | | | | 1899999 | 145350 | 506200 | | | | | | | | | | | | | | | | 1248449 |
| | YTD | | 3166665 | | | | | 3166666 | 242250 | 897000 | | | | | | | | | | | | | | | | 2027415 |

| EMPL # | TERM | DEPT # | SOCIAL SECURITY # | SALARY | RATES | BIRTH DATE | | NO | ADJUSTMENT NAME | MX | TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 6333.33 | | | | 0 | MED. INS. | | | | | | | | |
| | | | 4 0.0 M 00 00 | | | 02/06/85 | | 0 | FICA ADJ | | | | | | | | |
| | | | | | | | | 0 | MISC DED | | | | | | | | |
| ROSS, ROBERT N | | | 2923.07 | | 08/03/88 | | | 0 | CAFE PLAN | | | | | | | | |
| | | | | | | | | | GARN | | | | | | | | |

BRI000290

CONFIDENTIAL

PAYROLLS BY **PAYCHEX.**
7177   BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE 09/30/92

| PERIOD END DATE | PAY RATE | CCS | HOURS REG | OT | EARNINGS REG | OT | | | WAGES | SOC SEC WKR/CMP | FEDERAL | STATE | LOCAL | DBL | MED INS | FICA ADJ | MISC DED | ADV | CAFE PLAN | GARN | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 329 419 | | | | | 633333 | | | | 633333 633333 | 48450 48450 | 155400 155400 | | | | | | | | | | | | | | 389483 389483 |
| | QTD | | | | 1266666 | | | | 1266666 | 96900 | 390800 | | | | | | | | | | | | | | 778966 |
| 416 509 625 | | | | | 633333 633333 633333 | | | | 633333 633333 633333 | 48450 48450 48450 | 195400 155400 155400 | | | | | | | | | | | | | | 389483 252483 429483 |
| | QTD | | | | 1899999 | | | | 1899999 | 145350 | 506200 | | | | | | | | | | | | | | 1248449 |
| 723 810 917 | | | | | 633333 633333 633333 | | | | 633333 633333 633333 | 48450 48450 48450 | 155400 155400 155400 | | | | | | | | | | | | | | 429483 252483 429483 |
| | QTD | | | | 1899999 | | | | 1899999 | 145350 | 466200 | | | | | | | | | | | | | | 1288449 |
| | YTD | | | | 5066664 | | | | 5066664 | 387600 | 1363200 | | | | | | | | | | | | | | 3315864 |

| EMPL # | TERM | DEPT # | EXCL SECURITY REP | SALARY | RATES | BIRTH DATE | | | NO | ADJUSTMENT NAME | WK | TYPE | AMOUNT | BALANCE | MAXIMUM | R Y | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 6333.33 | | 02/06/85 | | TYPE AMT BAL MAX | 1 2 3 4 5 6 | MED. INS. FED. ADJ MISC DED ADV CAFE PLAN GARN | | TYPE | | | | | | |
| | | | 4 0.0 N 00 00 0 | START DATE | | | | | | | | | | | | | | |
| ROSS Robert N. | | | | RECEIVE TO DATE 2003 07 | LAST HOURS TRTD 08/0 | | | | | | | | | | | | | |

BRI0000291

CONFIDENTIAL

PAYROLLS BY **PAYCHEX**.
7177 BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE 12/31/92

| PERIOD END DATE | PAY RATE | PAY CODE | HOURS REG | O1 | EARNINGS REG | OT | WAGES | DED. INS NET/CAFE | WITHHOLDINGS FEDERAL | STATE | LOCAL | FEL | MED. INS. | FICA ADJ | MISC DED | ADV | CAFE PLAN | GARN | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 319 | | | | | 633333 633333 | | 633333 633333 | 48450 48450 | 195400 195400 | | | | | | | | | | | | | | 389483 389483 |
| | | QTD | | | 1266666 | | 1266666 | 96900 | 390800 | | | | | | | | | | | | | | 778966 |
| 416 528 625 | | | | | 633333 633333 633333 | | 633333 633333 633333 | 48450 48450 48450 | 195400 155400 155400 | | | | | | | | | | | | | | 389483 429483 429483 |
| | | QTD | | | 1899999 | | 1899999 | 145350 | 506200 | | | | | | | | | | | | | | 1248449 |
| 723 820 917 | | | | | 633333 633333 633333 | | 633333 633333 633333 | 48450 48450 | 155400 155400 155400 | | | | | | | | | | | | | | 429483 429483 429483 |
| | | QTD | | | 1899999 | | 1899999 | 145350 | 466200 | | | | | | | | | | | | | | 1288449 |
| 1029 1152 1224 | | BN | | | 633333 633333 633333 | | 6000000 | 39147 8183 | 155400 155400 1860000 | | | | | | | | | | | | | | 438286 468750 4053000 |
| | | QTD | | | 1899999 | | 6000000 | 7899999 144513 | 2326200 | | | | | | | | | | | | | | 5429286 |
| | | YTD | | | 6966663 | | 6000000 | 12966663 532113 | 3689400 | | | | | | | | | | | | | | 8745150 |

| EMPL # | TERM | DEPT # | SOCIAL SECURITY NBR | SALARY | RATES | BIRTH DATE | | NO | ADJUSTMENT NAME | W/X | TYPE | AMOUNT | BALANCE | MAXIMUM | R & T | ACCOUNT NUMBER | TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 6333.33 | | | | 1 | MTD INS. | | TYPE AMT | | | | | | |
| | | | | | 0.01 M 00 00 | 02/06/85 | | 2 | FICA ADJ | | | | | | | | |
| | | | | | | | | 3 | MISC DED | | | | | | | | |
| | | | | | | | | 4 | ADV | | | | | | | | |
| ROSS ROBERT H | | | | 2923.07 | 08/03/80 | | | | CAFE PLAN GARN | | TYPE AMT MAX | | | | | | |

BRI0000292

Case 1:17-cv-01077-LO-TCB   Document 56-5   Filed 07/20/18   Page 24 of 30 PageID# 535

Form W-2 Wage and Tax Statement 1982

01/08/8'

| 1 Control number | Dept. of the Treasury - Internal Revenue Service OMB. No. 1545-0008 | 3 Employer's identification number | 4 Employer's state I.D. number | Copy D For EMP |
| 2 Employer's name, address, and ZIP code | | 10 Employee's name, address, and ZIP code | | 6 Employee's social security number |

BOB ROSS INC.
1306 C SQUIRE CT
STERLING, VA                7177

ROBERT N ROSS        0011-000100

22170        ■■■■■■■■■■■■■■

17 See instrs for Form W-2

32810

| 6 Statutory Deceased Pension Legal rep 942 emp Subtotal Deferred compensation Void | 7 Allocated tips | 8 Advanced EIC payment | 19 Other |
| 5 Federal income tax withheld  39894.00 | 10 Wages, tips, other compensation  129868.63 | 11 Social security tax withheld  3441.00 | |
| 13 Social security tips | 14 Medicare wages and tips  129868.63 | 12 Social security wages  55500.00 | |
| State/local income tax | State/local wages, tips, etc. | 15 Medicare tax withheld  1880.13 | 22 Dependent care benefits |
| | | 16 Nonqualified plans | 23 Benefits included in Box 10 |
| | | State/locality name | |
| | | State/local income tax | State/local wages, tips, etc. | State/locality v... |

CONFIDENTIAL

BRI0000293

**Form W-2 Wage and Tax Statement 1993**

| | | | | | |
|---|---|---|---|---|---|
| a Control number 0031-7177 0011-000100 | | Void | Department of the Treasury – Internal Revenue Service OMB No. 1545-0008 | | |

Employee's name, address, and ZIP code
BOB ROSS INC.
4206-A TECHNOLOGY COURT
CHANTILLY VA 22021

Employee's name, address, and ZIP code
ROBERT N ROSS

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 105612.36 |
| 2 Federal income tax withheld | 27526.75 |
| 3 Social security wages | 57600.00 |
| 4 Social security tax withheld | 3571.20 |
| 6 Medicare wages and tips | 105612.36 |
| 6 Medicare tax withheld | 1531.36 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in Box 1 | |
| 13 See Instrs. for Box 13 | |
| 14 Other | |

| 15 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

**CONFIDENTIAL**

BRI0000294

CONFIDENTIAL

## PAYROLLS BY PAYCHEX.
7177   BOB ROSS INC.

## EMPLOYEE EARNINGS RECORD
PERIOD END DATE 12/31/93

BRI0000295

| PERIOD END DATE | PAY RATE | CODE | HOURS REG | OT | REG | OT | EARNINGS WAGES | SOC SEC MEDICARE | FEDERAL | STATE | LOCAL | DIS. | MED. INS. | FICA ADJ | MISC DED | ADV | CAFE PLAN | GARN | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 317 |  |  |  |  | 633333 933452 | | 633333 933452 | 46650 60650 61150 | 155400 175422 | | | | | | | | | | | | | | | 429482 429482 562678 |
| | | QTD | | | 2066123 | | 2066123 | SS 128100 MED 29966 | 486423 | | | | | | | | | | | | | | | 1421642 |
| 428 653 | | | | | 799452 799452 799452 | | 799452 799452 799452 | 61150 61150 | 207026 207026 207026 | | | | | | | | | | | | | | | 531271 531271 531271 |
| | | QTD | | | 2398371 | | 2398371 | MED 34776 | 621084 | | | | | | | | | | | | | | | 1593812 |
| 721 816 930 | | | | | 799452 799452 799452 | | 799452 799452 799452 | 61150 74542 11592 | 207026 207026 207026 | | | | | | | | | | | | | | | 531271 550681 580837 |
| | | QTD | | | 2398371 | | 2398371 | 80372 MED 34776 | 621084 | | | | | | | | | | | | | | | 1652180 |
| 1027 1112 1229 | | | | | 799452 799452 799452 1300000 | | 799452 799452 799452 1300000 18850 | 11592 11592 11592 | 207026 207026 207026 403000 | | | | | | | | | | | | | | | 580837 580837 580837 878150 |
| | | QTD | | | 3698371 | | 3698371 | SS .000 MED 63928 | 1024084 | | | | | | | | | | | | | | | 2620661 |
| | | YTD | | | 10561236 | | 10561236 | 257130 MED 153130 | 2752675 | | | | | | | | | | | | | | | 7298305 |

| EMPL # | TFRW | DEPT # | SOCIAL SECURITY # | SALARY | RATES | BIRTH DATE | C | NO | ADJUSTMENT NAME | WK | TYPE | AMOUNT | BALANCE | MAXIMUM | Y R & T | ACCOUNT NUMBER | TRAN # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 7994.57 | | | | 1 | MED. INS. | | TYPE | | | | | | |
| | | | 4 0.0 S 0 0 | | START DATE 02/06/86 | | 2 | FICA ADJ | | AMT | | | | | | |
| | | | | | | | 3 | MISC DED | | BAL | | | | | | |
| | | | | | | | 4 | ADV | | MAX | | | | | | |
| | | | | | LAST INCREASE | | 5 | CAFE PLAN | | TYPE | | | | | | |
| ROSS, ROBERT N | | | | | 333 33 03/17/93 | | 6 | GARN | | AMT | | | | | | |
| | | | | LAST REVIEW | | 7 | | | BAL | | | | | | |

CONFIDENTIAL

40007 (R 6)

**PAYROLLS BY PAYCHEX**
7177   BOB ROSS INC.

**EMPLOYEE EARNINGS RECORD**
PERIOD END DATE 12/31/94

| PER. END DATE | PAY DATE | C | HOURS REG. | O.T. | EARNINGS REG. | O.T. | WAGES | SS MED | FEDERAL | STATE | LOCAL | DBL | MED INS | FICA ADJ | MISC DED | ADV | CAFE PLAN | GARN | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 218 316 | | | | | 793021 793021 793021 | | 793021 793021 793021 | 60666 60666 60666 | 203928 203928 203926 | | | | | | | | | | | | | | 528427 528427 528427 |
| | QTD | | | | 2379063 | | 2379063 | 147501 34497 | 611784 | | | | | | | | | | | | | | 1585282 |
| 427 525 622 | | | | | 793021 793021 793021 | | 793021 793021 793021 | 60666 60666 60666 | 245800 203928 203928 | | | | | | | | | | | | | | 486656 528427 528427 |
| | QTD | | | | 2379063 | | 2379063 | 147501 34497 | 653656 | | | | | | | | | | | | | | 1543405 |
| 720 817 928 | | | | | 793021 793021 793021 | | 793021 793021 793021 | 60666 43050 11499 | 203928 203928 203928 | | | | | | | | | | | | | | 528427 546040 575594 |
| | QTD | | | | 2379063 | | 2379063 | 80718 34497 | 611784 | | | | | | | | | | | | | | 1652084 |
| 1026 1108 1109 | | VCHRE | | | 793021 793021 793021 CR | | 793021 793021 793021 CR | 11499 11499 11499 CR | 203928 203928 203928 CR | | | | | | | | | | | | | | 575594 575594 575594 CR |
| 1123 1221 | | | | | 793021 793021 | | 793021 793021 | 11499 11499 | 480000 480000 | | | | | | | | | | | | | | 301522 301522 |
| | QTD | | | | 2379063 | | 2379063 | 000 34497 | 1163926 | | | | | | | | | | | | | | 1180063 |
| | YTD | | | | 9516252 | | 9516252 | 375720 137988 | 3041152 | | | | | | | | | | | | | | 5961392 |

| EMPL #: | TERM | DEPT # | SOCIAL SECURITY NO # | SALARY | RATES | BIRTH DATE | A | NO | ADJ NAME | AMOUNT | R & T | ACCOUNT NUMBER | NO | ADJ NAME | AMOUNT | R & T | ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | | 000100 | | 7930.2 | 4 1.5 0 M | | 1 2 3 4 5 | MED. FICA MISC ADV CAFE GARN | INS. ADJ DED PLAN | | | | | | | | |
| | | | | PREVIOUS SALARY 01/26/93 | START DATE 02/06/89 | | | | | | | | | | | | |
| | | | | PREVIOUS RATE | LAST RAISE DATE 01/26/93 | | | | | | | | | | | | |

ROSS, ROBERT N

BRI0000296

Form W-2 Wage and Tax Statement 1994    **EMPLOYER REFERENCE COPY — DO NOT FILE.**

| Control number | | | | | | Void | Department of the Treasury — Internal Revenue Service OMB No 1545-0008 | |
|---|---|---|---|---|---|---|---|---|

0031-7177  0011-000100

| Statutory employee | Deceased | Pension plan | Legal rep. | 942 emp. | Subtotal | Deferred compensation | | |
|---|---|---|---|---|---|---|---|---|

| | | | c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| Employee's social security number | Employer's identification number | | BOB ROSS INC. 4206-A TECHNOLOGY COURT CHANTILLY VA 22021 | 95162.52 | 30411.52 |
| See Instrs. for Box 13 | 14 Other | | | 3 Social security wages 60600.00 | 4 Social security tax withheld 3757.20 |
| | | | e Employee's name, address, and ZIP code ROBERT N ROSS | 5 Medicare wages and tips 95162.52 | 6 Medicare tax withheld 1379.88 |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | 12 Benefits included in Box 1 |

| State | Employer's state ID No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|

**CONFIDENTIAL**

BRI0000297

CONFIDENTIAL

PAYROLLS BY **PAYCHEX**
7177   BOB ROSS INC.

EMPLOYEE EARNINGS RECORD
PERIOD END DATE 12/31/95

| PER. END DATE | PAY RATE | C | HOURS REG. | O.T. | EARNINGS REG. | O.T. | | WAGES | SS MED | FEDERAL | STATE | LOCAL | DBL. | MED. INS. | FICA ADJ | MISC DED | ADV | CAFE PLAN | GARN | 7 | 8 | 9 | 10 | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | | | | | 793021 | | | 793021 | 60666 | 285500 | | | | | | | | | | | | | | 446855 |
| 235 | | | | | 793021 | | | 793021 | 60666 | 285500 | | | | | | | | | | | | | | 446855 |
| 329 | | | | | 793021 | | | 793021 | 60666 | 285500 | | | | | | | | | | | | | | 446855 |
| | QTD | | | | 2379063 | | | 2379063 | | 856500 | | | | | | | | | | | | | | 1340565 |
| | | | | | | | | | SS 147501 | | | | | | | | | | | | | | | |
| | | | | | | | | | MED 34497 | | | | | | | | | | | | | | | |
| 426 | | | | | 793021 | | | 793021 | 60666 | 285500 | | | | | | | | | | | | | | 446855 |
| 531 | | | | | 793021 | | | 793021 | 60666 | 285500 | | | | | | | | | | | | | | 446855 |
| 621 | | | | | 793021 | | | 793021 | 60666 | 285500 | | | | | | | | | | | | | | 446855 |
| | QTD | | | | 2379063 | | | 2379063 | | 856500 | | | | | | | | | | | | | | 1340565 |
| | | | | | | | | | SS 147501 | | | | | | | | | | | | | | | |
| | | | | | | | | | MED 34497 | | | | | | | | | | | | | | | |
| 719 | YCHRE | | | | 102324 | | | 102324 | 7826 | 94486 | | | | | | | | | | | | | | |
| 719 | | | | | 102324 | | | 102324 CR | 7826 CR | 94486 CR | | | | | | | | | | | | | | |
| 719 | | | | | 102324 | | | 102324 | 7826 | 12099 | | | | | | | | | | | | | | 82397 |
| | QTD | | | | 102324 | | | 102324 | | 12099 | | | | | | | | | | | | | | 82397 |
| | | | | | | | | | SS 6344 | | | | | | | | | | | | | | | |
| | | | | | | | | | MED 1484 | | | | | | | | | | | | | | | |
| | YTD | | | | 4860450 | | | 4860450 | | 1725099 | | | | | | | | | | | | | | 2763527 |
| | | | | | | | | | SS 301346 | | | | | | | | | | | | | | | |
| | | | | | | | | | MED 70479 | | | | | | | | | | | | | | | |

| EMPL. # | TERM # | DEPT. # | SOCIAL SECURITY NBR | SALARY | RATES | BIRTH DATE | A | NO | ADJ. NAME | AMOUNT | R & T | ACCOUNT NUMBER | NO | ADJ. NAME | AMOUNT | R & T | ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | 7/5 | 000100 | | 7930.21 | | | | 1 | MED. INS. | | | | | | | | |
| | | | FED. ALLOWANCES | STATE | BIRTH DATE | | 2 | FICA ADJ | | | | | | | | |
| | | | 4 1.5 S 0 | | START DATE 02/06/85 | | 3 | MISC DED | | | | | | | | |
| | | | PREVIOUS SALARY | LAST RAISE DATE | | 4 | ADV | | | | | | | | |
| ROSS, ROBERT N | | | 7994.57 | 01/26/94 | | 5 | CAFE PLAN | | | | | | | | |
| | | | PREVIOUS RATE | RETRO | LAST REVIEW | | 6 | GARN | | | | | | | | |
| | | | 73810 | | 000 | | 7 | | | | | | | | | |
| | | | | | | | 8 | | | | | | | | | |
| | | | | | | | 9 | | | | | | | | | |
| | | | | | | | 10 | | | | | | | | | |

BR10000298



Form W-2 Wage and Tax Statement 1995      EMPLOYER REFERENCE COPY — DO NOT FILE.

**CONFIDENTIAL**

**BRI0000299**