IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| RSR ART, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil No. 1:17-cv-1077 |
| | ) | |
| v. | ) | Hon. Liam O'Grady |
| | ) | Hon. Theresa Carroll Buchanan |
| BOB ROSS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment (Dkt. 48) and Defendant's Motion for Summary Judgment (Dkt. 53). Having reviewed the pleadings and considered the parties' arguments as presented to the Court in the September 7, 2018 hearing, the Court hereby **DENIES** Plaintiff's Motion for Partial Summary Judgment (Dkt. 48) and **GRANTS** Defendant's Motion for Summary Judgment (Dkt. 53).

This Order serves as notice so that the parties will cease preparing for trial, which is currently scheduled to begin on October 1, 2018. A memorandum opinion will follow. The time for appeal will begin to run upon issuance of the memorandum opinion.

It is **SO ORDERED.**

September 17 2018
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge